In the Matter of THOMAS W. MULLARKEY, Appellant, against JOHN F. O'RYAN, as Police Commissioner of the City of New York, Respondent.

(Argued October 4, 1934; decided October 23, 1934.)

*Sydney Rosenthal* and *Sydney S. Snyder* for appellant.

*Paul Windels,* Corporation Counsel (*Seymour B. Quel, Paxton Blair* and *Arthur B. Hoff, Jr.,* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.